

FILED

JAN 2 3 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

*Newport News Division*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **18 U.S.C. § 201(b)(2)(C)** |
| | **Public Official Accepting a Bribe** |
| **v.** | **(Count 1)** |
| **MARLON R. JONES, JR.,** | **18 U.S.C. § 981(a)(1)(C)** |
| | **Criminal Forfeiture** |
| **Defendant.** | CRIMINAL NO. 4:25-cr-3 |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Public Official Accepting a Bribe)

On or about September 24, 2021, in the Eastern District of Virginia and elsewhere, MARLON R. JONES, JR., the defendant herein, a public official and person selected to be a public official, directly and indirectly did corruptly demand, seek, receive, accept, and agree to receive and accept something of value personally, in return for being influenced in the performance of an official act and being induced to do an act and omit to do an act in violation of his official duty; that is accepting a payment of U.S. currency in exchange for failing to make required records, and altering and destroying the same, and failing to take required actions with respect to the supervision of inmate L.C. as Assistant Director at James River Residential Reentry Center.

(In violation of 18 U.S.C. § 201(b)(2)(C).)

## **FORFEITURE**

1.      The defendant, if convicted of the violation alleged in this Information, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

2.      If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).)

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By: _____
Brian J. Samuels
Assistant United States Attorney
Virginia Bar No. 65898
Attorney for the United States of America
United States Attorney's Office for the
Eastern District of Virginia
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Tel. (757) 591-4032
Fax: (757) 591-0866
brian.samuels@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January 2025, I sent a copy of the foregoing to the

following via electronic mail:

      Fernando Groene, Esq.
      Counsel for the Defendant
      fgroene@groenelaw.com

      Brian J. Samuels
      Assistant United States Attorney
      Virginia Bar No. 65898
      Attorney for the United States of America
      United States Attorney's Office for the
      Eastern District of Virginia
      11815 Fountain Way, Suite 200
      Newport News, Virginia 23606
      Tel. (757) 591-4032
      Fax: (757) 591-0866
      brian.samuels@usdoj.gov